### STATE v. M. J. JEFFREYS.

(Filed 31 November, 1917.)

For digest, see *S. v. Hicks*, at this term.

INDICTMENT, April Term, 1917, of ORANGE, *Kerr, J.*

The jury rendered a special verdict, the facts of which are identical with those found in *S. v. Hicks,* at this term. The court pronounced the defendant not guilty. The State appealed.

*Attorney-General Manning and Assistant Attorney-General Sykes for the State.*

*No counsel for defendant.*

BROWN, J. This case is covered by the ruling in *S. v. Hicks,* at this term. The judgment is

Affirmed.